IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JARRAL PERKINS,

    Plaintiff,

v.

AARGON AGENCY, INC.,

    Defendant.

Case No.

Lower Court Case
No. Case No. 13-30573-SC

| Jarral Perkins | DOBBS & NEIDLE, P.C. |
|---|---|
| Plaintiff pro se | Gregory R. Neidle (P59273) |
| 1575 Huron Springs Lane | Daniel J. Ammon (P50923) |
| Commerce Twp, MI 48382 | Attorneys for Defendant |
| Phone: (734) 265-0658 | 30150 Telegraph Road |
| | Suite 410 |
| | Bingham Farms, MI 48025 |
| | Phone: (248) 723-9511 |
| | Fax: (248) 723-9531 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, AARGON AGENCY, INC. by its attorneys, Dobbs & Neidle, P.C., and pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 1441 *et. seq.* and 28 U.S.C. § 1446, respectfully files this Notice of Removal, and removes the above captioned matter from the 18th District Court, Westland, Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division. In support of its Motion, Defendant states:

### Parties

1.    Plaintiff, Jarral Perkins, is upon information and belief, a resident of the City of Commerce Twp., Oakland County, Michigan.

2.    Defendant, AARGON AGENCY, INC., is a foreign corporation with its principal place of business in the State of Nevada.

**Proceedings to Date**

3. Plaintiff originally filed this action in the civil small claims division of the 18th District Court, City of Westland, Wayne County, Michigan, on or about July 25, 2013.

4. Within 30 days after being served with the Affidavit and Claim, Small Claims, Defendant timely files this Notice of Removal pursuant to 28 U.S.C. § 1446(b). (**Exhibit 1**).

5. Plaintiff's claim seeks damages for alleged actions by Defendant with regard to alleged debt collection activity in apparent violation of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 *et seq.* and the Fair Debt Collection Practices Act. ("FDCPA") 15 U.S.C. § 1692 *et. seq.* Therefore a federal question is apparent on the face of Plaintiff's claim. (See Exhibit 1).

**Grounds for Removal**

6. This case may be removed from the state court to the U.S. District Court for the Eastern District of Michigan pursuant to 28 USC §1331 and §1441(a) (b) and (c).

7. Suits pursuant to the FDCPA "may be brought in any appropriate United States district court, without regard to the amount in controversy". 15 U.S.C. § 1692k(d). Suits pursuant to the FCRA "may be brought in any appropriate United States district court, without regard to the amount in controversy." 15 U.S.C. § 1681p.

8. Accordingly, pursuant to 28 U.S.C. §1331, a federal question is present on the face of Plaintiff's pleading and therefore, the District Court shall have original jurisdiction of all civil actions arising under the laws of the United States.

9. Pursuant to 28 U.S.C. §1448(a), a true and accurate copy of all process, pleadings and orders received by Defendant is attached hereto as Exhibit "1", and is being filed along with this Notice of Removal.

LAW OFFICES
**DOBBS & NEIDLE, P.C.**
30150 TELEGRAPH ROAD STE. 410 • BINGHAM FARMS, MICHIGAN 48025 • 248-723-9520

**Notice**

10. Defendant has filed a copy of this Notice with the 18th Judicial District Court as required by 28 U.S.C. § 1446(d). (**Exhibit 2**).

11. By reason above, Defendant is entitled to remove this action to this Court under 28 U.S.C. §1441.

Respectfully submitted,

Dated: August 22, 2013   /s/ Daniel J. Ammon
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511
Email: dammon@dobbsneidle.com
MI Bar Number P50923
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **N/A**

and I hereby certify that I have mailed by United States Postal Service the paper to the following non ECF participants:

**Jarral Perkins
1575 Huron Springs Lane
Commerce Twp, MI 48382**

Dated: August 22, 2013   /s/ Daniel J. Ammon
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511
Email: dammon@dobbsneidle.com
MI Bar Number P50923
Attorneys for Defendant

3

# EXHIBIT 1

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

2011 T4074

| STATE OF MICHIGAN 18TH JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 13-30573 SC |
|---|---|---|

Court address: 36675 Ford Road Westland, MI 48185
Court telephone no.: (734) 595-8720

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Jamal Perkins
   Address: 1575 Huron Springs Lane
   City, state, zip: Commerce Twp, MI 48382
   Telephone no.: 734-265-0658

2. Defendant: Hargon Agency
   Address: 8668 Spring Mountain Rd
   City, state, zip: Las Vegas, NV 89117
   Telephone no.: 800-852-0411

**NOTICE OF HEARING** For Court Use Only

The plaintiff and the defendant must be in court on
Day: Thurs  Date: Sept-12-2013
at Time: 2:00 PM /at ☐ the court address above.
☐ Location: _____
Process server's name: _____  Fee paid: $ _____

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____. The action ☐ remains ☐ is no longer pending.

4. ☑ I have knowledge or belief about all the facts stated in this affidavit and I am
   ☑ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☑ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other _____

6. The defendant is ☐ an individual. ☐ a partnership. ☑ a corporation. ☐ a sole proprietor. ☐ Other _____

7. The date(s) the claim arose is/are 2012 - 2013

8. Amount of money claimed is $ 500
   (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are SEE ATTACHED

'13 JUL 25 PM 1:56

10. The plaintiff understands and accepts that the claim is limited to $5,000 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☑ is ☐ is not mentally competent. I believe the defendant ☑ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☑ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: Jamal Perkins

Subscribed and sworn to before me on 7/25/13 _____ County, Michigan.
My commission expires: _____ Date
Signature: _____ Deputy clerk/Notary public
Notary public, State of Michigan, County of _____

The defendant(s) must be served by 10-29-13
Expiration date

DC 84 (9/12) AFFIDAVIT AND CLAIM, Small Claims  MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

# 18th DISTRICT COURT MEDIATION PROGRAM

## SMALL CLAIMS

The 18th District Court has adopted a Mediation Program for Small Claims cases. The attached notice of hearing sets forth the date and time for you to appear in Court. Prior to appearing before the Judge, you are scheduled to discuss your case with a mediator. Mediation is an effective method of resolving disputes that provides parties with the opportunity to reach mutually-satisfactory agreements in a non-adversarial manner.

Please read the following information about the 18th District Court's Mediation Program, including a description process, a procedural overview and a summary of your procedural options.



### What is Mediation?

The Michigan Court Rules define "mediation" as a process in which a neutral third party (mediator) facilitates communication between parties, assists in identifying issues, and helps to explore solutions to promote a mutually-acceptable settlement. Unlike litigation, where one party "wins" and one "loses", mediation helps parties reach their own mutually-satisfactory resolution in a non-adversarial manner.



### Benefits of Mediation

*The decision-making process belongs to you.* You decide how to best resolve your dispute; unlike going to court, no one judges your problem and tells you what to do.

*It works.* Thousands of cases have been successfully mediated to all parties' satisfaction. Mediation is a "win/win" rather than a "win/lose" solution.

*It's effective.* About 80% of all mediated cases end in agreement. In fact, the likelihood of settling a dispute to both parties' satisfaction through mediation is much higher than in small claims court. Mediation also reduces the likelihood that the problem will occur again.



### Who Will Mediate My Case?

The 18th District Court has a referral agreement with the Wayne Mediation Center to conduct mediation. There is no charge to the parties for Small Claims mediation conducted by the Center. The Wayne Mediation Center is a Community Dispute Resolution Program funded in part by the State of Michigan.

To Whom It May Concern,

I work in this city and it's where the actual violations took place. I was not given a proper and full investigation according to the FCRA. There were many inaccuracies on my credit reports

They are responsible for actual damages of $500 and statutory damages from the defendant pursuant to 15 U.S.C.§1681 & §1692. They continued to contact me during the dispute process.
I am entitled to actual damages pursuant to U.S.C. §1681 & §1692 & 47 U.S.C. § 227 - statutory and actual damages.

Thanks,

# EXHIBIT 2

STATE OF MICHIGAN

IN THE 18th DISTRICT COURT

JARRAL PERKINS,

    Plaintiff,

v.

AARGON AGENCY, INC.,

    Defendant.

Case No. 13-30573-SC

| | |
|---|---|
| Jarral Perkins<br>Plaintiff pro se<br>1575 Huron Springs Lane<br>Commerce Twp, MI 48382<br>Phone: (734) 265-0658 | DOBBS & NEIDLE, P.C.<br>Gregory R. Neidle (P59273)<br>Daniel J. Ammon (P50923)<br>Attorneys for Defendant<br>30150 Telegraph Road<br>Suite 410<br>Bingham Farms, MI 48025<br>Phone: (248) 723-9511<br>Fax: (248) 723-9531 |

### NOTICE OF FILING NOTICE OF REMOVAL

TO:  CLERK OF THE COURT        JARRAL PERKINS
        18th District Court             Plaintiff
        36675 Ford Road            1575 Huron Springs Lane
        Westland, MI 48185          Westland, MI 48185

**PLEASE TAKE NOTICE** that the above-captioned cause has been removed from the 18th District Court, Westland, Michigan to the United States District Court for the Eastern District of Michigan, Southern Division and attached hereto as Exhibit 1 is a copy of the Notice of Removal (without exhibits) which was duly filed in the Clerk's Office of said United States District Court for the Eastern District of Michigan, Southern Division.  Pursuant to 28 U.S.C. §1446(d), this Honorable Court is hereby divested of jurisdiction in this matter.

Respectfully submitted,

DOBBS & NEIDLE, PC

Dated: August 22, 2013

By: Daniel J. Ammon (P50923)
Attorney for Defendant
30150 Telegraph Road
Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511

## PROOF OF SERVICE

I, Daniel J. Ammon, being duly sworn, depose and state that on August 22, 2013, I served copies of the Notice of Filing of Removal to the United States District Court, Notice of Removal and this Proof of Service upon:

CLERK OF THE COURT
18th District Court
36675 Ford Road
Westland, MI 48185

JARRAL PERKINS
Plaintiff
1575 Huron Springs Lane
Westland, MI 48185

by placing same in a sealed envelope with first class postage thereon, fully prepaid and by depositing said envelope in a United States postal box in Bingham Farms, Michigan.

Dated: August 22, 2013

Daniel J. Ammon

2